Hon. Robert B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DANIEL P. SPEICHER and BILLIE SPEICHER, both individually and as husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>UNION PACIFIC RAILROAD, a Delaware company; and TACOMA MOVING & STORAGE CO., a Washington corporation d/b/a TACOMA MOTORFREIGHT SERVICE/TMS/TMS MOTORFREIGHT SERVICE, Washington entities,<br><br>Defendants. | NO. CV07 – 5524 RBL<br><br>STIPULATION OF THE PARTIES TO DISMISS CLAIM FOR PUNITIVE DAMAGES ASSERTED BY PLAINTIFFS DANIEL SPEICHER AND BILLIE SPEICHER |

## I. STIPULATION

The parties to this action, by and through their undersigned counsel, hereby stipulate and agree as follows:

1. Plaintiffs Daniel Speicher and Billie Speicher filed an amended complaint on January 8, 2008 (Docket No. 9).

STIPULATION OF THE PARTIES TO DISMISS
CLAIM FOR PUNITIVE DAMAGES ASSERTED
BY PLAINTIFFS DANIEL SPEICHER AND BILLIE
SPEICHER
(W. D. Wash. Cause No. CV07-5524 RBL) - 1
Speicher 5191042.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

2. Plaintiffs' amended complaint includes a claim for punitive damages. *See* Amended Complaint for Personal Injuries at 6, ¶ 5.2 (Docket No. 9).

3. The parties agree that the claim for punitive damages asserted in the amended complaint should be dismissed, without an award of costs or fees to any party.

DATED this 18th day of September, 2008.

                LEE SMART, P.S., INC.

By: _____/s/ Steven G. Wraith_____
Steven G. Wraith, WSBA No. 17364
sgw@leesmart.com
William R. Kiendl, WSBA No. 23169
wrk@leesmart.com
Of Attorneys for Defendant
Tacoma Moving and Storage Company, d/b/a
Tacoma Motorfreight Service/TMS/TMS
Motorfreight Service

                LANE POWELL, PC

By: _____/s/ William R. Kiendl \*_____
Timothy D. Wackerbarth, WSBA No. 13673
wackerbartht@lanepowell.com
Of Attorneys for Defendant
Union Pacific Railroad Company

\* pursuant to e-mail authorization 9/23/08

STIPULATION OF THE PARTIES TO DISMISS
CLAIM FOR PUNITIVE DAMAGES ASSERTED
BY PLAINTIFFS DANIEL SPEICHER AND BILLIE
SPEICHER
(W. D. Wash. Cause No. CV07-5524 RBL) - 2
Speicher 5191042.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

UNIVERSITY PLACE LAW OFFICES

By: _____/s/ William R. Kiendl *_____
Thomas C. Evans, WSBA No. 5122
tom@maritimeinjury.com
Of Attorneys for Plaintiffs
Daniel P. Speicher and Billie Speicher

* pursuant to e-mail authorization 9/18/08

OFFICE OF THE CITY ATTORNEY

By: _____/s/ William R. Kiendl *_____
M. Joseph Sloan, Jr., WSBA No. 13206
joseph.sloan@cityoftacoma.org
Of Attorneys for Defendant
City of Tacoma

* pursuant to e-mail authorization 9/18/08

## II. ORDER ON STIPULATION

Pursuant to the foregoing stipulation of the parties, the claim for punitive damages asserted by plaintiffs Daniel and Billie Speicher in their amended complaint is DISMISSED WITH PREJUDICE, without an award of costs or fees to any party.

SO ORDERED this 25th day of September, 2008.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

STIPULATION OF THE PARTIES TO DISMISS
CLAIM FOR PUNITIVE DAMAGES ASSERTED
BY PLAINTIFFS DANIEL SPEICHER AND BILLIE
SPEICHER
(W. D. Wash. Cause No. CV07-5524 RBL) - 3
Speicher 5191042.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

Presented by:

LEE SMART, P.S., INC.


By: _____/s/ Steven G. Wraith_____
    Steven G. Wraith, WSBA No. 17364
    sgw@leesmart.com
    William R. Kiendl, WSBA No. 23169
    wrk@leesmart.com
    Of Attorneys for Defendant
    Tacoma Moving and Storage Company,
    d/b/a Tacoma Motorfreight Service/TMS/TMS Motorfreight Service


LANE POWELL, PC


By: _____/s/ William R. Kiendl *_____
    Timothy D. Wackerbarth, WSBA No. 13673
    wackerbartht@lanepowell.com
    Of Attorneys for Defendant
    Union Pacific Railroad Company

    * pursuant to e-mail authorization 9/23/08


UNIVERSITY PLACE LAW OFFICES


By: _____/s/ William R. Kiendl *_____
    Thomas C. Evans, WSBA No. 5122
    tom@maritimeinjury.com
    Of Attorneys for Plaintiffs
    Daniel P. Speicher and Billie Speicher

    * pursuant to e-mail authorization 9/18/08

STIPULATION OF THE PARTIES TO DISMISS
CLAIM FOR PUNITIVE DAMAGES ASSERTED
BY PLAINTIFFS DANIEL SPEICHER AND BILLIE
SPEICHER
(W. D. Wash. Cause No. CV07-5524 RBL) - 4
Speicher 5191042.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

OFFICE OF THE CITY ATTORNEY


By: _____/s/ William R. Kiendl *_____
    M. Joseph Sloan, Jr., WSBA No. 13206
    joseph.sloan@cityoftacoma.org
    Of Attorneys for Defendant
    City of Tacoma

    * pursuant to e-mail authorization 9/18/08

STIPULATION OF THE PARTIES TO DISMISS
CLAIM FOR PUNITIVE DAMAGES ASSERTED
BY PLAINTIFFS DANIEL SPEICHER AND BILLIE
SPEICHER
(W. D. Wash. Cause No. CV07-5524 RBL) - 5
Speicher 5191042.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944